No. 685. WEST VIRGINIA POWER CO. ET AL. *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Cir-

cuit denied. *Messrs. Raymond T. Jackson, Jesse Knight,* and *Joseph M. Sanders* for petitioners. *Assistant Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.